**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2142**

LAUNEIL SANDERS,

              Plaintiff - Appellant,

         v.

GASTON COUNTY; LLOYD ASHLEY SMITH, City Attorney; NORTH
CAROLINA; BEV PERDUE, North Carolina Governor, Authorized
Specified Agent; ROY COOPER, North Carolina Attorney
General, Authorized Specified Agent; SECRETARY OF NCDSS,
North Carolina, Authorized Specified Agent,

              Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Max O. Cogburn, Jr.,
District Judge. (3:11-cv-00407-MOC-DCK)

Submitted:  February 23, 2012          Decided:  February 27, 2012

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Launeil Sanders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Launeil Sanders appeals the district court's order adopting the magistrate judge's recommendation to dismiss Sanders' civil action pursuant to 28 U.S.C. § 1915(e)(2) (2006). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Sanders' informal brief does not challenge the basis for the district court's disposition, Sanders has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>